FORM 13

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by _____Eric R. Rock of Rock Trade Law LLC_____
(Name of attorney of record)
on behalf of   JOHNSON HEALTH TECH NORTH AMERICA, INC.,   in the matter of   JOHNSON HEALTH TECH NORTH AMERICA, INC.   v.   United States, et al  ,
Court No.   25-cv-00313  .

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

Johnson Health Tech North America, Inc. is a subsidiary of publicly held Johnson Health Tech. Co., Ltd.

2. Indicate whether the party on whose behalf this Form is being filed is [ **X** ] or is not [  ] the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

N/A

_____                                 November 26, 2025
(Signature of Attorney)                                                    (Date)